# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00299-CV

**Jared Everitt and Joseph Armand Ahouandjinou Imalet, Appellants**

**v.**

**The Ultimate Drive-In, LLC, Appellee**

### FROM THE 126TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-21-000398, THE HONORABLE DUSTIN M. HOWELL, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The parties have filed a joint motion to dismiss this appeal. We grant the motion, dismiss the interlocutory appeal, and remand the matter to the trial court for further proceedings in accordance with the parties' settlement agreement. *See* Tex. R. App. P. 42.1(a).

_____

Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Triana and Kelly

Dismissed on Joint Motion

Filed: December 1, 2021